[No. 30983-5-III.   Division Three.   February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARISA MAY
FUENTES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-01361-1, Vic L. VanderSchoor, J., entered July 9, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 29927-9-III.   Division Three.   February 13, 2014.]

TARI JANE ANDERSON, *Appellant*, v. JANE HESSION,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-01417-3, Allen Nielson, J. Pro Tem., entered April 26, 2011. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 68413-2-I.   Division One.   February 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
SANDHOLM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06703-8, Michael Heavey, J., entered March 2, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Lau, JJ.

[No. 68467-1-I.   Division One.   February 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY EUGENE
MULANAX, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01983-1, Larry E. McKeeman, J., entered February 29, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, C.J., concurred in by Cox and Appelwick, JJ.